77 F.3d 501
 NOTICE: Federal Circuit Local Rule 47.6(b) states that opinions and orders which are designated as not citable as precedent shall not be employed or cited as precedent. This does not preclude assertion of issues of claim preclusion, issue preclusion, judicial estoppel, law of the case or the like based on a decision of the Court rendered in a nonprecedential opinion or order.
RITE-HITE CORPORATION, Acme Dock Specialists, Inc., Allied
Equipment Corp., Applied Handling, Inc., Anderson Material
Handling Co., Block-Dickson, Inc., Robert Lund d/b/a HMH
Company, HOJ Engineering & Sales Co., Inc., Johnson
Equipment Co., John & Associates, Inc., Keller Equipment
Co., Inc., Loading Dock Equipment, Inc., Metro Dock
Specialists, Inc., McCormick Equipment Company, Inc.,
Mid-South Dock Systems, Inc., Harry Monohan, Niehaus
Industrial Sales, Inc., Northway Material Handling Co.,
Inc., Pemco Material Handling, Inc., R.B. Curlin, Inc., Rice
Equipment Company, Stokes Equipment Company, Inc., Robert
Soper Limited, Timbers & Associates, Inc., Todd Equipment
Corporation, Thayer Systems, Inc. and W.E. Carlson
Corporation, Plaintiffs-Appellees,
v.
KELLEY COMPANY, INC., Defendant-Appellant.
 No. 92-1460.
 United States Court of Appeals, Federal Circuit.
 Nov. 17, 1995.
 ORDER
 The parties having so agreed, it is
 
 1
 ORDERED that the proceeding is DISMISSED under Fed.R.App.P. 42(b).